UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-81139**

FILED by *RGS* D.C.
AUG 05 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

EVANGELINA CARABALLO and
JEAN ST. CLAIRE, individually and
on behalf of others similarly situated,

　　　　Plaintiffs,

v.

**CIV-ZLOCH**

BRINKER FLORIDA, INC., a foreign
corporation, d/b/a CHILI'S SOUTHWESTERN
BAR & GRILL and BRINKER
INTERNATIONAL PAYROLL COMPANY, L.P.,
a Delaware limited partnership,

**ROSENBAUM**

　　　　Defendants.
_____/

### Notice of Removal of Civil Action

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(a), and 29 U.S.C. § 201 et seq., Defendants Brinker Florida, Inc., d/b/a Chili's Southwestern Bar & Grill and Brinker International Payroll Company, L.P. give notice of the removal of this action, and state as follows:

　　1.　　Removed Case.　On or about July 15, 2009, Plaintiffs filed a lawsuit against Defendants in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, 50 2009 CA 023986 XXXXMB (the "State Court Action"). Defendants were served with a summons and copy of the complaint on July 17, 2009.

　　2.　　Attachment of State Court Documents.　True and correct copies of all process, pleadings, and papers on file with the Clerk of the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, including specifically a copy of the complaint and summons, are collectively attached as Exhibit A.

1

3. <u>Basis for Removal</u>.  Plaintiff alleges that Defendants violated the Fair labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* (the "FLSA"), in that Defendants required Plaintiffs to work in excess of 40 hours per week but failed to compensate them as required under the FLSA.  *See* Complaint ¶¶ 11-12.  Pursuant to Section 216 of the FLSA, and 28 U.S.C. § 1331, federal courts have original subject matter jurisdiction over FLSA claims.  *See* 28 U.S.C. § 1331 (district courts shall have original jurisdiction of all civil actions arising under the laws of the United States).  Accordingly, this Court has original subject matter jurisdiction over this action, which may be removed as a matter of right.

4. <u>Timeliness of Removal</u>.  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it was filed within thirty (30) days of service of Plaintiff's complaint.

5. <u>Notice Given to the State Court</u>.  Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff and to the clerk of the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, a copy of which is attached as Exhibit B.

WHEREFORE, Defendants hereby effectuate a removal of the above styled action to this Court as provided by law.

Dated this 5th day of August, 2009.

>HUNTON & WILLIAMS LLP
>*Counsel for Defendants*
>
>Laura M. Franze (*pro hac vice* pending)
>California Bar No. 250316
>lfranze@hunton.com
>M. Brett Burns (*pro hac vice* pending)
>California Bar No. 256965
>mbrettburns@hunton.com
>575 Market St., Suite 3700
>San Francisco, California 94105
>Tel: (415) 975-3725
>Fax: (415) 975-3701
>
>By: /s/ James J. Thornton
>James J. Thornton
>Florida Bar No. 323070
>jthornton@hunton.com
>Anna Lazarus
>Florida Bar No. 41337
>alazarus@hunton.com
>Mellon Financial Center
>1111 Brickell Avenue, Suite 2500
>Miami, Florida 33131
>Tel: (305) 810-2500
>Fax: (305) 810-2460

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by first class U. S. Mail to Wolfgang M. Florin, Esq. and Gregory A. Owens, Esq, Florin, Roebig, P.A., 2255 Glades Road, Suite 324A, Boca Raton, Florida 33431, this 5th day of August, 2009.

By: /s/
For Hunton & Williams LLP

# EXHIBIT A

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY COUNTY, FLORIDA
CIVIL DIVISION

EVANGELINA CARABALLO and
JEAN ST. CLAIRE, individually
and on behalf of others similarly situated,

CASE NO.:

Plaintiff,

50 2009 CA023986 XXXXMB

v.

BRINKER FLORIDA, INC., a foreign
corporation, d/b/a CHILI'S SOUTHWEST BAR
& GRILL and BRINKER INTERNATIONAL
PAYROLL COMPANY, L.P.,
a Delaware limited partnership,

Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:

TO ALL AND SINGULAR SHERIFFS OF SAID STATE: You are hereby commanded to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant:

BRINKER INTERNATIONAL PAYROLL COMPANY, LP
c/o CORPORATION SERVICE COMPANY,
as its Registered Agent
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

The Defendant is hereby required to serve written defenses to said complaint on Plaintiff's attorney, whose name and address is:

Wolfgang M. Florin, Esquire
FLORIN ROEBIG, P.A.
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

Witness my hand and the seal of said Court on JUL 15 2009, 2009.

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

Clerk of the Circuit Court

Deputy Clerk
KRISTIN BUTLER

(SEAL)

*In accordance with the Americans with Disabilities Act, persons with disabilities needing special accommodation to participate in this proceeding should contact the individual or agency sending the

notice not later than seven (7) days prior to the proceedings. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V), 1-800-9558770, via Florida Relay Service.

COPY

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

50 2009 CA 023986 XXXXMB

EVANGELINA CARABALLO and
JEAN ST. CLAIRE, individually
and on behalf of others similarly situated,    Case No.:

    Plaintiff,
vs.

BRINKER FLORIDA, INC., a foreign
corporation, d/b/a CHILI'S SOUTHWEST BAR
& GRILL and BRINKER INTERNATIONAL
PAYROLL COMPANY, L.P.,
a Delaware limited partnership,

    Defendant.
_____/

COPY
RECEIVED FOR FILING
JUL 15 2009
SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT

COMES NOW, Plaintiffs, EVANGELINA CARABALLO and JEAN ST. CLAIRE, individually and on behalf of others similarly situated, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*, by and through their undersigned counsel and sue the Defendants, BRINKER FLORIDA, INC., a foreign corporation d/b/a CHILI'S SOUTHWEST BAR & GRILL, (hereinafter referred to as "BRINKER d/b/a CHILI'S") and BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., a Delaware limited partnership, (hereinafter "BRINKER PAYROLL"), and alleges as follows:

### JURISDICTION AND VENUE

1.     This is an action for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

2.     Venue lies within Palm Beach County because a substantial part of the events giving rise to this claim arose in this Judicial District.

## PARTIES

3. Plaintiff, EVAGELINA CARABALLO is a resident of Palm Beach County, Florida.

4. Plaintiff, JEAN ST. CLAIRE is a resident of Palm Beach County, Florida.

5. Defendant, BRINKER d/b/a CHILI'S, is a foreign corporation, licensed and authorized to conduct business in the State of Florida and doing business within this Judicial District.

6. Defendant, BRINKER, d/b/a CHILI'S, is an employer as defined by the laws under which this action is brought and employs the required number of employees.

7. Defendant, BRINKER PAYROLL, is a Delaware limited partnership conducting business in the State of Florida and doing business within this Judicial District.

8. Defendant, BRINKER PAYROLL, is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## FACTUAL ALLEGATIONS

9. Plaintiff, EVAGELINA CARABALLO, began her employment with Defendants as a Cook in approximately July, 2008.

10. Plaintiff, JEAN ST. CLAIRE began his employment with Defendants as a Cook in approximately April, 2008.

11. The employment of Plaintiffs provided for a forty (40) hour work week, but throughout their respective employment Plaintiffs were required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

12. During Plaintiffs' employment, their supervisor, Steven DeCarr was shaving time from the computer.

## COUNT I
### (Fair Labor Standards Act)

13. Plaintiffs reallege paragraphs one (1) through twelve (12) as though set forth fully herein.

14. At all times material, Defendants failed to comply with 29 U.S.C. § 201 *et seq.*, in that Plaintiffs worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiffs at the rate of time and one-half for the excess hours worked.

15. Defendants' failure to pay Plaintiffs the required overtime pay was intentional and willful.

16. As a direct and legal consequence of Defendant's unlawful acts, Plaintiffs have suffered damages and have incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

WHEREFORE, Plaintiffs, EVAGELINA CARABALLO and JEAN ST. CLAIRE, on behalf of individuals similarly situated, respectfully request all legal and equitable relief allowed by law including judgment against Defendants, BRINKER d/b/a CHILI'S and BRINKER PAYROLL, for overtime compensation, liquidated damages, prejudgment interest, payment of reasonable attorneys' fees and costs incurred in the prosecution of the claim and such other relief as the Court may deem just and proper.

## COUNT II

17. Plaintiffs reallege paragraphs one (1) through twelve (12) as though set forth fully herein.

18. At all times material, Defendants employed numerous individuals under a purported

salary basis. Such individuals were similarly situated to Plaintiffs, EVAGELINA CARABALLO and JEAN ST. CLAIRE, with respect to the terms and conditions of their employment.

19. Throughout their respective employment, individuals similarly situated to Plaintiffs were required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

20. At all times material, Defendants failed to comply with 29 U.S.C.§201 *et seq.*, in that individuals similarly situated to Plaintiffs worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate such individuals at the rate of times and one-half for the excess hours worked.

21. Defendants' failure to pay such similarly situated individuals the required overtime pay was intentional and willful.

22. As a direct and legal consequence of Defendants' unlawful acts, individuals similarly situated to Plaintiffs have suffered damages and have incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

WHEREFORE, Plaintiffs, EVAGELINA CARABALLO and JEAN ST. CLAIRE, on behalf of individuals similarly situated, respectfully request all legal and equitable relief allowed by law including judgment against Defendants, BRINKER d/b/a CHILI'S and BRINKER PAYROLL, for overtime compensation, liquidated damages, prejudgment interest, payment of reasonable attorneys' fees and costs incurred in the prosecution of the claim and such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues so triable.

FLORIN, ROEBIG, P.A.

_____
Wolfgang M. Florin
FL Bar No.: 907804
Gregory A. Owens
FL Bar No.: 0051366
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
Telephone No.: (561) 989-5414
Facsimile No.: (561) 989-5416
Attorneys for Plaintiff
Dated: 7/15/09

# EXHIBIT B

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 50 2009 CA 023986 XXXXMB

EVANGELINA CARABALLO and
JEAN ST. CLAIRE, individually and
on behalf of others similarly situated,

      Plaintiffs,

v.

BRINKER FLORIDA, INC., a foreign
corporation, d/b/a CHILI'S SOUTHWESTERN
BAR & GRILL and BRINKER
INTERNATIONAL PAYROLL COMPANY, L.P.,
a Delaware limited partnership,

      Defendants.
_____/

## Notice of Filing Notice of Removal

    To:    Clerk of the Circuit Court

Defendants Brinker Florida, Inc., d/b/a Chili's Southwestern Bar & Grill and Brinker International Payroll Company, L.P. give notice that on August 5, 2009, they removed this matter by properly filing a Notice of Removal of Civil Action in the United States District Court for the Southern District of Florida. A copy of the Notice of Removal of Civil Action is attached to this notice as Exhibit A. This notice is given pursuant to 28 U.S.C. § 1446(d), which provides that upon giving such notice the State Court shall proceed no further unless and until the case is remanded.

Dated this 5th day of August, 2009.

> HUNTON & WILLIAMS LLP
> *Counsel for Defendants*
> Mellon Financial Center
> 1111 Brickell Avenue, Suite 2500
> Miami, Florida 33131
> Tel: (305) 810-2500
> Fax: (305) 810-2460
>
> By: _/s/ James J. Thornton_
> James J. Thornton
> Florida Bar No. 323070
> jthornton@hunton.com
> Anna Lazarus
> Florida Bar No. 41337
> alazarus@hunton.com

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by first class U. S. Mail to Wolfgang M. Florin, Esq. and Gregory A. Owens, Esq., Florin, Roebig, P.A., 2255 Glades Road, Suite 324A, Boca Raton, Florida 33431, this 5th day of August, 2009.

By: _/s/ James J. Thornton_
For Hunton & Williams LLP

%JS 44 (Rev. 2/08)

**09-81139**

# CIVIL COVER SHEET

FILED by RGS D.C.

AUG 05 2009

STEVEN M. LARIMORE
CLERK U S DIST CT
S.D. of FLA. & MIAMI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below**

### I. (a) PLAINTIFFS
Evangelina Caraballo and Jean St. Claire

**DEFENDANTS**
Brinker Florida, Inc., d/b/a Chili's Southwestern Bar & Grill, and Brinker International Payroll Company, L.P.

(b) County of Residence of First Listed Plaintiff  Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Foreign
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
Attached

CIV-ZLOCH
ROSENBAUM

(d) Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE                                              DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Fair and Labor Standards Act

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE  August 5, 2009

FOR OFFICE USE ONLY
AMOUNT $350.00  RECEIPT # 1005962

08/05/09